IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–09–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES WARREN CAMPBELL, | |
| Defendant. | |

      Before the Court is United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 51.) Defendant Charles Warren Campbell has been adjudged guilty of conspiracy to possess with intent to distribute controlled substances, possession with intent to distribute controlled substances, prohibited person in possession of a firearm, possession of a firearm with an obliterated serial number, and possession of an unregistered firearm, as charged in Counts 1, 2, 4, 5, and 6 of the Superseding Indictment. (Doc. 50.) As such, there is a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a).

      Accordingly, IT IS ORDERED the motion (Doc. 51) is GRANTED.

      IT IS FURTHER ORDERED that Mr. Campbell's interest in the following

property is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a):

- Savage, Stevens model 320, 12-gauge shotgun with obliterated SN;
- FIE, model Titan, .25 caliber pistol, SN: D970944;
- Taurus, model G3C, 9mm pistol, SN: ACA433135;
- Ruger, model P94, .40 caliber pistol, SN: 341-33612;
- 53 rounds of 12-gauge ammunition;
- Magazine containing two rounds of .25 caliber ammunition;
- Six rounds of .40 caliber ammunition; and
- Gun case with magazine containing four rounds of .22 caliber ammunition.

IT IS FURTHER ORDERED that the ATF or a designated sub-custodian is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to

dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 24th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court