IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–09–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| CHARLES WARREN CAMPBELL, | |
| Defendant. | |

Before the Court is the United States' motion for final order of forfeiture. (Doc. 60.) Having reviewed said motion, the Court finds:

1.    The United States commenced this action pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a).

2.    A Preliminary Order of Forfeiture was entered on October 24, 2022. (Doc. 53.)

3.    All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 54.)

4.    It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1

1. The motion for final order of forfeiture (Doc. 60) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d) and 26 U.S.C. § 5872(a), free from the claims of any other party:

- FIE, model Titan, .25 caliber pistol, SN: D970944;
- Taurus, model G3C, 9mm pistol, SN: ACA433135;
- Ruger, model P94, .40 caliber pistol, SN: 341-33612;
- 53 rounds of 12-gauge ammunition;
- Magazine containing two rounds of .25 caliber ammunition;
- Six rounds of .40 caliber ammunition; and
- Gun case with magazine containing four rounds of .22 caliber ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 27th day of December, 2022.

_____
Dana L. Christensen, District Judge
United States District Court